# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE W. WALKER aka MICHAEL R. HENDERSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. YIN,<br><br>　　　　Defendant. | No. CV 09-8303-GHK (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Complaint, the Magistrate Judge's Report and Recommendation, the Objections to the Report and Recommendation, and all records in the file. Having made a de novo determination, the Court agrees with the recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered (1) granting Defendant's motion to dismiss for failure to state a claim; (2) dismissing the federal claims in this action with prejudice; and (3) dismissing any state law claims without prejudice.

DATED: 5/6/1

GEORGE H. KING
UNITED STATES DISTRICT JUDGE