# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE W. WALKER, aka MICHAEL R. HENDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. YIN,<br><br>　　　　Defendant. | No. CV 09-8303-GHK (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that (1) Defendant's motion to dismiss for failure to state a claim is granted; (2) the federal claims in this action are dismissed with prejudice; and (3) any state law claims are dismissed without prejudice.

DATED: 5/6/11

　　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE